IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF TIMOTHY PERRY, BY AND THROUGH HIS PERSONAL REPRESENTATIVE DAVID PERRY<br><br>Plaintiff,<br><br>v.<br><br>FLATHEAD COUNTY SHERIFF'S OFFICE, BRIAN HEINO in his official capacity; COMMANDER JENNIFER ROOT in her official capacity; CORRECTIONAL OFFICERS HORNER, MORGAN, McDONALD, AND FRICK in their official capacity; DOES 1-10 in their official capacity<br><br>Defendants. | CV 25–198–M–DLC<br><br><br>ORDER |

The Parties have filed a Joint Motion to Withdraw Defendants' Motion for Partial Dismissal (Doc. 12). (Doc. 19.) The Parties have agreed that withdrawal is proper in light of Plaintiff's pending motion to amend its complaint and its intent to file a Second Amended Complaint. (*Id.* at 2.) The Court agrees.

Accordingly, IT IS ORDERED that the Motion (Doc. 19) is GRANTED. Defendants' Motion for Partial Dismissal (Doc. 12) is hereby WITHDRAWN.

1

DATED this 26th day of March, 2026.


Dana L. Christensen, District Judge
United States District Court